No. 82–603.   NEW YORK *v.* SAWYER.   Ct. App. N. Y. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

 No. 82–918.   PENNSYLVANIA *v.* LOVETTE ET AL.   Sup. Ct. Pa.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.